

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| BILLY D. PARKS;<br>CAROL B. PARKS,<br><br>*Plaintiffs,*<br><br>v.<br><br>NEWMAR CORPORATION,<br><br>*Defendant and Third-Party Plaintiff,*<br><br>v.<br><br>SPARTAN CHASSIS, INC.,<br><br>*Third-Party Defendant.* | CIVIL ACTION NO. 6:04-CV-0013<br><br><br>ORDER<br><br><br>JUDGE NORMAN K. MOON |

This Matter is before the Court on Defendant Newmar Corporation's Motion for Summary Judgment, filed January 7, 2005. The Court held a hearing on this motion on July 29, 2005. For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS Defendant Newmar's Motion for Summary Judgment. Plaintiffs' claim against Defendant Newmar under the Virginia Motor Vehicle Enforcement Act is hereby DISMISSED.

The Clerk of the Court is directed to send certified copies of this Order to all Counsel of Record.

ENTERED: /s/ Norman K. Moon

U.S. District Judge

August 17, 2005